# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Antavius Tobias White,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:19-cv-00229-RJC |
| | ) | 3:18-cr-00064-RJC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 29, 2021 Order.

January 29, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court